# UNITED STATES DISTRICT COURT

for the

Southern District of District

Civil Division

The Moorish Militia et alia.

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

See attached

*Defendant, Third–party plaintiff(s)*

*(Write the full name of each defendant/third–party plaintiff. If the names of all the defendants/third–party plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

The commonwealth of Massachusetts
See attached

*Third–party defendant(s)*

*(Write the full name of each third–party defendant. If the names of all the third–party defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. ____________

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## THIRD – PARTY COMPLAINT

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | The Moorish Militia |
| Street Address | 4287 Katonah Ave #168 |
| City and County | Bronx |
| State and Zip Code | NY 10470 |
| Telephone Number | 914 308 5859 |
| E-mail Address *(if known)* | |

**B. The Defendant(s)/Third–Party Plaintiff(s)**

Provide the information below for each defendant/third–party plaintiff named in the complaint. Attach additional pages if needed.

Name: See attached
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address:

**C. The Third–Party Defendant(s)**

Provide the information below for each third–party defendant named in the complaint, whether the third–party defendant is an individual, a government agency, an organization, or a corporation. For an individual third–party defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Third–Party Defendant No. 1

Name: The Commonwealth of Massachusetts
Job or Title *(if known)*: Malden District Court
Street Address: 4040 Mystic Valley Pkwy
City and County: Medford
State and Zip Code: MA 02155
Telephone Number: 781-322-7500
E-mail Address *(if known)*:

Third–Party Defendant No. 2

Name: Medford Massachusetts State Police
Job or Title *(if known)*: State Police
Street Address: 520 Fellsway
City and County: Medford
State and Zip Code: MA 02155
Telephone Number: 781-396-0100
E-mail Address *(if known)*:

Third–Party Defendant No. 3

| | |
|---|---|
| Name | Malden MA State Trooper Ryan Casey |
| Job or Title *(if known)* | State Trooper |
| Street Address | 485 Maple St. |
| City and County | Danvers |
| State and Zip Code | MA 01923 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Third–Party Defendant No. 4

| | |
|---|---|
| Name | Emily A. Karstetter |
| Job or Title *(if known)* | Judge / magistrate |
| Street Address | 33 Clark St. |
| City and County | Boston |
| State and Zip Code | MA 02109 |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Initial Complaint

A. Identify the initial complaint filed against you and the date it was filed. Describe the events that gave rise to the plaintiff's complaint, the nature of the claims asserted, and the relief sought. Attach the complaint as an exhibit.

conspiracy to commit a crime; illegal possession of a firearm; illegal possession of ammunition; possession of large capacity magazines; improper storage of firearm (see attached affidavit)

B. State whether you have filed an answer to the complaint and, if so, briefly summarize what admissions or denials that answer asserted. Attach the answer as an exhibit.

See attached affidavit

## III. Third–Party Complaint

A. Describe the nature of the relationship between you and the third–party defendant. Attach any contracts or documents showing the nature of the relationship.

Diversity of citizenship
Share the same nationality

B. Explain why, if the plaintiff received any judgment against you, you will be entitled to judgment against the third–party defendant for contribution to or indemnification for the amount of damages and costs awarded to the plaintiff. Include the percentage of the plaintiff's recovery that the third–party defendant will be required to contribute. Describe the facts, or relevant provisions of state law, that demonstrate you are entitled to collect from the third–party defendant.

- Defamation and discrimination against national origin 18 USC 241 & 242
- Deprivation of Rights under Color of Law (Diversity of citizenship
- Genocide 18 USC 1091

## IV. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/20/2021

Signature of Defendant/Third–Party Plaintiff: The Moorish Militia

Printed Name of Defendant/Third–Party Plaintiff: The Moorish Militia

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address



Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States.



# To: UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Notice to the agent is notice to the principal, notice to the principal is notice to the agent. UCC I -202: notice, knowledge. An instrument is deemed in law filed at the time it is delivered to the clerk. See *Biffe v. Morton Rubber., Inc.*, 785 S.W. 2d 143, 144 (tex. 1990).

**Case number:** 2150CR001101, 2150CR001102, 2150CR001103, 2150CR001104, 2150CR001096, 2150CR001099

Appellant, Plaintiff, Claimant: The Moorish Militia; Tariff Sharif Bey, Jamil Rasul Bey, Conald Soliman Quiesqueyano Bey, Aban El Curragh, Lucha El Por Libertad, Jamhal Talib Abdullah Bey

THIRD PARTY STANDING – Diversity of Citizenship

v.

THE COMMONWEALTH OF MASSACHUSETTS, et alia.

Defendant(s)

# AFFIDAVIT OF FACT

**Date:** 12 Safar 1443 M.C. = September 19th, 2021 A.D.

Here Now Comes forth the Moorish Militia, henceforth also referred to as "We" and / or Aban El Curragh, Tariff Sharif Bey, Jamil Rasul Bey, Conald Soliman Quiesqueyano Bey, Lucha El Por Libertad, Jamhal Talib Abdullah Bey.

We, The Moorish Militia, who are now, and have been unlawfully and illegally detained by the COMMONWEALTH OF MASSACHUSETTS since the date of July 3rd , 2021A.D. : Rabi-us-Sani 1442 M.C., make it clear that we have a encountered a requisite degree of injury to our persons based on mistreatment and the blatant violation and infringement of our constitutional rights. (See: **Barrows v. Jackson, Buchanan v. Warley, Griswold v. Connecticut, Holland v. Illinois)**. Several Moorish American Nationals (also referenced herein as "Moors") and Moorish government witnessed worldwide by media outlets such as Jamhal Talib Abdulla Bey's *Instagram* and *YouTube*







*Live* stream the incident having taken place on recorded footage and photos of the day in question. On Saturday, July 3rd, 2021 A.D., we Moorish American Nationals were traveling in the private for a militia camping trip to a private destination while exercising our second amendment right in pursuance of the federal Peaceable Journey law **(title 18 USC § 926A).** *(*also see*:* **Miller v. Bonta ; protected under District of Columbia v. Heller** *)*

According to Black's Law dictionary 7th Edition, a "Traveler" is a person who passes from place to place for any reason.

*"The use of the highways for the purpose of travel and transportation is not a privilege but a common and fundamental right of which the public and individuals cannot rightfully be deprived."* **Chicago Motor Coach v. Chicago, 337 Ill. 200, 169 NE 22, 66 ALR 834. Ligare v. Chicago, 139 Ill. 46, 28 NE 934. Boone v. Clark, 214 SW 607; 25 AM JUR (1st) Highways, Sec. 163.**

Per the *National Constitution for the United States of North America, Republic*, a well-regulated militia is necessary for a free State (as stated in the incident video footage) which **shall not be infringed upon.**

While exercising their second amendment right to keep and bear arms,

*"The bill of rights in this State secures to him a right of which he cannot be deprived, it holds forth the duty in execution of which that right is to be exercised."*

We had in our possession emergency gas supply in the event it became necessary to re-fuel the tanks of the motor conveyance without alarming the public. While re-fueling at the shoulder of the road, state Trooper "RYAN CASEY" approaches from behind and asks if assistance is needed. Jamhal Talib Abdullah Bey extends his hand to greet the officer and responds to the Trooper peacefully as we assure state Trooper "RYAN CASEY" that all is well, and that we are just re-fueling. State Trooper RYAN CASEY then proceeds to ask a series of questions irrelevant to the issue at hand, such as "*Where are you headed…is anyone licensed to drive?... Do you have insurance?... Does anyone have a license to carry a gun?*". Seeing as we had not been flagged down or pulled over by policy enforcement for any matter whatever, such concerns are not the responsibility of Trooper "RYAN CASEY" in the first instance.

*"As general rule men have a natural right to do anything which their inclinations may suggest, if it be not evil in itself, and in no way impairs the rights of others."* **In re Newman (1858), 9 C. 502.**

*"But even assuming that purpose (prevention of a crime) is served to some degree by stopping and demanding identification from an individual without any specific basis for believing he is involved in criminal activity; the guarantees of the **Fourth Amendment** do not allow it."*

*"The right to travel is a part of liberty which cannot be deprived without due process of law under the fifth amendment…So much is conceded by the solicitor general. In Anglo Saxon*







*law that right was emerging at least as early as Magna Carta."* **(Kent v. Dulles 357 U.S. 116, 78 S. Ct.1113)"**

State Trooper RYAN CASEY assured us that there was no issue and after one final check, that we would be free to go since not having been under arrest in the first instance. The state Trooper is heard in the audio recording stating; *"The only issue I see here is that none of you have a driver's license".* This video evidence provided by state police is congruent with Jamhal Talib Abdullah Bey's body camera footage and multitudes of other recorded sources to include documentation maintained by our Moorish Consulate, Moorish Committee, and other viewers worldwide.

***LICENSE.***

*Certificate or the document itself which gives permission.* **Aldrich v. City of Syracuse, 236 N.Y.S. 614, 617, 134 Misc. 698. Permission or authority. Independent School Dist., Class A, No. 1, Cassia County v. Pfost, 51 Idaho 240, 4 P.2d 893, 897; Monsour v. City of Shreveport, 194 La. 625, 194 So. 569, 571; Platt v. Bender, La. App., 178 ,So. 678, 682.** *Authority or liberty given to do or forbear any act.*

*"The application of a (code) to detain appellant and require him to identify himself violated the Fourth Amendment because the officers lacked reasonable suspicion to believe appellant was engaged in criminal conduct. Accordingly, appellant may not be punished for refusing to identify himself, and the conviction is reversed."* **(re: probable cause) Brown v. Texas, 443 U.S. 47, (1979)**

*"The officers of the law, in the execution of process, are required to know the requirements of the law, and if they mistake them, whether through ignorance or design, and anyone is harmed by their error, they must respond in damages."* **Roger v.Marshall** (United States use of **Roger v. Conklin). 1 Wall. (US) 644, 17 Led 714.**

*"No state government entity has the power to allow or deny passage on the highways, byways, nor waterways... transporting his vehicles and personal property for either recreation or business, but by being subject only to local regulations i.e. Travel is not a privilege requiring licensing, vehicle registration, or forced insurance.* **Chicago Coach Co. v. City of Chicago;** *"Traffic infractions are not a crime"* **People v. Battle.**

Jamhal Talib Abdullah Bey assisted in peacefully answering the trooper's questions while asking for their supervisor. As Moors are guided by the five principles of love, truth, peace, freedom & justice, "defendant" Robert El Don whose ex-relatione is "ROBERT RODRIGUES" provides a driver license in one, last good-faith attempt to appease officer requests regarding license presentation.

Trooper "RYAN CASEY", simply unsatisfied with his unwarranted investigation, calls for backup. Once on the scene, state troopers begin to load their weapons and aim them at us instead of bringing in the requested supervisor and or competent Sheriff to interpret and properly manage the situation. Jamhal Talib Abdullah Bey can be heard via multiple video recordings continuously







assuring state police that our arms will not be raised or pointed at any of the Troopers, as we are only interested in a peaceful resolution. In fear for our lives, we attempt flagging down other travelers passing by as we yell for help. We never *once* raise or point our firearms at anyone, simply baring the arms in self-defense as we stare into the barrels of multiple loaded weapons pointed at us by state police awaiting higher authority for approximately seven hours. "SGT. MATT MCDEVITT " arrives at the scene where multiple phone calls from lieutenants such as "LIEUTENANT O'NEIL" (to name one) are being transacted. Jamhal then renders a phone number for his immediate contact that troopers may call and speak with him at. The troopers block off the north and south-bound sides of the highway with multiple state troopers and armored vehicles, preventing the public from passing. At a certain point during the interaction, Jamhal Talib Abdullah Bey asks what the probable cause is, to which the trooper's response is "I don't know", as they shrug their shoulders. The state troopers continue to escalate the situation to alarming heights, thus resulting in where the issue stands today.

As an injured party to this matter, the entire proceeding and final determination of this case will have an adverse effect on the credibility and reputation of Myself and Moors worldwide, as global broadcasting networks across mass media platforms have manipulated the narrative of the true series of events, bearing false witness to a matter that is negatively affecting Moorish American Nationals and negatively influencing public perception in a conspiracy that includes fraudulent court proceedings that continuously infringe upon the protected rights of Moors. (See: **Tileston v. Ullman, Buchanan v. Warley, Griswold v. Connecticut, Holland v. Illinois)**

The COMMONWEALTH OF MASSACHUSETTS, State Troopers, & various news media outlets are co-conspirators in discrimination against the national origin of Moorish American Nationals, while depriving Moors of God-given, inalienable human rights. See: **Title 28 U.S.C 4101; title 18 U.S.C 241 & 242** (conspiracy against rights, deprivation of rights under color of law; Genocide 18 U.S.C 1091 & 18 U.S.C. 2381 Treason). Said de-facto MASSACHUSETTS district court and international broadcasting co-conspirators are painting an image of Moors as being "sovereign citizens", "extremists", and / or "anti-government", insinuating that Moors believe they are "above the law" or "outlaws", etc. Moors are not and do not claim - nor have they ever been, the former. Per the instructions of the honorable prophet Noble Drew Ali, Moors are to enforce the Constitution as well as uplift fallen Humanity in standing upon the five pillars of love, truth, peace, freedom and justice. Thus, the aforementioned libel & slander is to be deemed as defamation-of-character according to the very definition provided in **Title 28 U.S.C 4101**. The mere fact that Moors have founded a special committee to establish a free National constitutional convention as well as the very filing of this suit speaks to the Moorish American standing and its support of the Constitution for the United States of America Republic per several prescribed Constitutional citations that include House Resolution 1203, Resolution No. 75 & Senate Resolution 1014 which provide a historical context of the positive influence which Moorish Americans have had on America and its establishments. Such documents stand as proof that Moors factually enforce the constitution and the treaties from which it derives and cannot be "anti-government" in the same breath. To state otherwise is







unequivocally Defamation with no evidence to support the false narrative of said Massachusetts Commonwealth co-conspirators.

"The term "defamation" means any action or other proceeding for defamation, libel, slander, or similar claim alleging that forms of speech are false, have caused damage to reputation or emotional distress, have presented any person in a false light, or have resulted in criticism, dishonor, or condemnation of any person."

During said arraignment hearing (which there is video record of ) to determine an alleged "pre-probable cause" of our arrest, Magistrate Emily K. Karstetter states that she has found "probable cause" based on Assistant District Attorney prosecutor Graham Geoffrey Van Epps' testimony that "Moors had on uniforms walking back and forth posting *YouTube* videos about what they were doing and what policy enforcers were doing and acting this way was the basis for the charges at this point", which is <u>not a crime</u>. Emily K. Karstetter demands that we are to be held without bail for a "dangerousness" hearing and states that she has found "probable cause" based on the prosecution's testimony. We are then held for one-hundred-twenty (120) days pending a "probable cause" hearing dated for August 9, 2021. We argue the fact that there is no injured party present for a crime to exist which would deem any of us "dangerous" as prescribed by law (see: **State v. Edwards, 49 Ohio St. 2d 31, 358 N.E.2d 1051, 1055)**. To this day, we have not been presented with any signed affidavit of claims or accusations made against us by an injured party and have not been indicted by a grand jury based on that fact alone per the 5th and 6th amendment. Our rights to due process have been violated which stands as prima facie evidence of deprivation of rights. Therefore, the case and the alleged charges and claims are overdue to be dropped, dismissed and/or otherwise acquitted.

Under Rule 3.1 *Determination of Probable Cause for Detention* and amendments 4, 5 & 6 of the Constitution for the United States of America Republic, further supported by **United States v. Carter, US Dist. Tenn. Case No 4:17-CR-11-TRM-SKL,** <u>*"...courts do not evaluate probable cause in hindsight."*</u> **McNally v Tabor. Case No. 6:18-CV-16 REW-HAI.** *"Probable cause is assessed from the perspective of a reasonable officer on the scene, rather than with 20/20 vision of hindsight."* Under Rule 3.1 *Determination of Probable Cause for Detention.*

**(a)** no person shall be held in custody for more <u>than twenty-four hours</u> following an arrest, absent exigent circumstances, unless:

1. <u>a warrant or other judicial process authorizes the persons detention,</u>

2. a complaint has been authorized under rule 3(g), or

3. a determination of probable cause for detention has been made pursuant to subsection (b)

**(b)** A determination of probable cause for detention shall be made by an appropriate judicial officer. The appropriate officer shall consider any information presented by the police, whether or







not known at the time of arrest. The police shall present the information under **"oath or affirmation, or under the pains and penalties of perjury."** The police may present the information orally, in person or by any other means, or in writing. If presented in writing, the information may be transmitted to the appropriate judicial officer by facsimile transmission or by electronic mail or by such other electronic means as may be found acceptable by the court. The determination of probable cause for detention shall be an ex parte proceeding. The person arrested has no right to appear, either in person or by counsel.

The judges in this case violate the following rules to determine if there was probable cause by granting the prosecution's motion to detain the Moors. According to rule 3g. **Rule 3.1 Determination of Probable Cause for Detention (d)** The judicial officer shall promptly reduce to writing his or her determination as to probable cause and notify the police. A copy of the written determination shall be transmitted to the police, by facsimile transmission or by other means, as soon as possible.

**(e)** This subdivision deals with the standard that governs the determination of probable cause for detention and the consequence of an affirmative finding. As to the first of these issues, the subdivision addresses two questions: what the standard should be and the issues to which the standard should be applied. The Court in Jenkins held that the Declaration of Rights requires a "post arrest" determination of probable cause to be "governed by the same legal standards as apply to the issuance of a warrant.

Under **Criminal Procedure Rule 3g**: probable cause hearing **(f)** If the District Court finds that there is no probable cause to believe that the defendant committed the crime or crimes alleged in the complaint, the court shall dismiss the complaint.

**Criminal Procedure Rule 3g** (2) Probable cause requirement: the appropriate judicial officer shall not authorize a complaint unless the information presented by the complaint establishes probable cause to believe that the person against whom the complaint is sought committed an offense.

**MA part IV Title I chapter 263, Subsection 4:** No person shall be held to answer in any court for an alleged crime, except upon an indictment by a grand jury or upon a complaint before a district court department.

We have been denied Consul and / or Viziers of our choosing, although there have consistently been Consul from our nation present and available at in-person and *Zoom* court







proceedings who were denied the ability to defend us, as Emily K. Karstetter insisted that only licensed attorneys of the Commonwealth were allowed to speak. As Public Defenders are members of the united states B.A.R. Association whose loyalty is to whomever is a part of said network, to only allow a public defender in private matters is a conflict of interest. Those in control of the Zoom hearings are continuously manipulating the audio as a means to prevent us from properly defending ourselves, denying us the opportunity to be heard, revoking in-person hearings, and improperly dating written submissions after deadlines to hold us captive, as they continuously violate *the Department of State: Consular Notification and Access Manual instructions for all Federal, State, and local Law enforcement including Judicial Officers (Judges) on how to deal with Foreign Nationals* as well as their Oaths and our treaty, constitutional, and Human rights.

*"Litigants can be assisted by unlicensed laymen during judicial proceedings."* **[Brotherhood of Trainmen v. Virginia ex rel. Virginia State Bar, 377 U.S. 1; v. Wainwright, 372 U.S. 335: Argersinger v. Hamlin, Sheriff 407 U.S. 425].**

*"Members of groups who are competent non-lawyers can assist other members of the group achieve the goals of the group in court without being charged with unauthorized practice of law."* **NAACP v. Button, 371 U.S. 415; United Mineworkers of America v. Gibbs, 383 U.S. 715; and Johnson v. Avery, 89 S. Ct. 747**

*"The assertion of federal rights, [Bill of Rights] when plainly and reasonably made, is not to be defeated under the name of local practice".* **[Davis v. Wechsler, 263 US 22, 24 (1969)].**

Moorish American Nationals of our consulate have also submitted to the clerks of Malden District Court multiple documents on our behalf several documents which have not been filed, when in fact Emily K. Karstetter stated on the record that "the court was getting a slew of paperwork on the Moors' behalf." Still, upon requesting said public filings, the consulate is being delayed access as court clerks make up excuses.

*"An instrument is deemed in law filed at the time it is delivered to the clerk, regardless of whether the instrument is filemarked."* **Standard Fire Ins. Co. v. LaCoke, 585 S.W.2d 678, 680 (Tex. 1979); Hanover Fire Ins. Co. v. Shrader, 89 Tex. 35, 42, 33 S.W. 112, 113 (1895); Turner v. State, 41 Tex. 549, 552 (1874); Holman v. Chevaillier, 14 Tex. 337, 339-40 (1855); Beal v. Alexander, 6 Tex. 531, 541 (1855);** *"The purpose of this rule is to protect a diligent party from being penalized by the errors and omissions of the court clerk. Standard Fire Ins. Co., 585 S.W.2d at 680. Since Biffle satisfied his duty to file timely the cost bond, he should not be penalized for an error once the instrument was in the custody and control of the clerk."*

In short, we have suffered abuses and violations including, (but not limited to): Mail tampering & interception; withholding evidence and evidence tampering; undelivered grievances; dietary insults; microphone tampering during Zoom hearings; deprived due process rights; theft of care package items; fraud; denial of library access; denial of notary public services; derogatory epithets, mental manipulation and abuse; conspiracy; commissary theft; private property theft;







clerk's office tampering; phone call tampering; exposure to illicit drugs at the jailhouses; rape at the hands of an officer with witness accounts of the encounter.

Examples of suffered abuses include Aban El Curragh being denied his seeing eyeglasses this entire duration, we have all been blocked from making multiple outgoing calls, as well as denial of our National and religious headdresses after notifying the Chaplin KATY at Essex County Correctional Facility regarding the importance of preserving such religious rights. Some of us have been banished to solitary confinement without reason, mentally abused, exposed to fumes from synthetic drugs in the jailhouses, etc. Meanwhile, we follow strict dietary guidelines which have not been met, having been fed animal flesh and other processed matter (i.e. heavily GMO soy-based products) against Moorish National & religious reservations, notwithstanding. According to the World Health Organization (WHO), the intake of meat and or processed meats cause cancer, diabetes, heart disease, other illnesses & death. Genetically modified soy products are loaded with hormones and other dangerous substances unfit for constant consumption.

Quinn Khabir El, misidentified as "QUINN CUMBERLANDER" also stated that after his unlawful arrest and trafficking into the Massachusetts state custody, he was being spat on, prohibited from showering, called "cunt" by the guards, threatened that he had better get an attorney and if not "his Mother and Daughter would be f-cked". In **Hudson-v- McMillian, 503 U.S. 1 (1992),** the Supreme Court held that *"a prisoner does not need to experience significant injury by prison guards in order to suffer an Eighth Amendment violation. Rather, if the guards act maliciously and sadistically to punish the prisoner, then that punishment would be cruel and unusual, and would accordingly violate the Eighth Amendment..."*. When Emily K. Karstetter was notified the Moors were not allowed to bathe, her response was "I'm sorry to hear that" when she was not remorseful at all, as no remedy was provided to fix the situation.

We notified our Moorish Consulate & Moorish Committee guards with the assistance of Director AARON EASTMAN, Captain COPPINGER, Lieutenant SOUSA and Deputy EARL that some of us were moved into a cell where an inmate had just committed suicide where we were demanded to clean up remnants of the blood and other bodily fluids left behind. Then we were locked in the shower while guards removed our property from the cells. We were unnecessarily held in solitary confinement for 23 hours of the day for more than 30 days with the presence of lice and mold in the cells. Solitary confinement is defined as a form of imprisonment distinguished by living in single cells with little or no meaningful contact with other inmates, strict measures to control contraband, and the use of additional security measures and equipment. It is specifically designed for disruptive inmates who pose security risks to other inmates, the prison staff, or the prison itself — but can also be used as a measure of protection for inmates whose safety is threatened by other inmates.[1] or as a form of disciplinary punishment.[2][3]. According to a 2017 review study, "a robust scientific literature has established the negative psychological effects of solitary confinement", leading to "an emerging consensus among correctional as well as professional, mental health, legal, and human rights organizations to drastically limit the use of solitary confinement." [4] The United Nations considers solitary confinement exceeding 15 days to be torture. [5] Also, in short, not much better.







Stuart Grassian, a board-certified psychiatrist and a former faculty member at Harvard Medical School, has interviewed hundreds of prisoners in solitary confinement. In one study, he found that roughly a third of solitary inmates were "actively psychotic and/or acutely suicidal." Grassian has since concluded that solitary confinement can cause a specific psychiatric syndrome, characterized by hallucinations; panic attacks; overt paranoia; diminished impulse control; hypersensitivity to external stimuli; and difficulties with thinking, concentration and memory. Some inmates lose the ability to maintain a state of alertness, while others develop crippling obsessions. Considerable research attention has been paid to racial and social inequality in the criminal justice system broadly (*Alexander, 2010; Western, 2006*) as well as with solitary confinement specifically (*Arthur Liman Public Interest Program & Association of State Correctional Administrators, 2015; Reiter, 2012; Schlanger, 2013*). A 2015 *Bureau of Justice Statistics* report showed a statistically higher proportion of African-American respondents to the *National Inmate Survey* reported any time in "restrictive housing'' (*U.S. Bureau of Justice Statistics, 2015*), but the report found no disparities between Whites and Hispanics in prisons, and no racial or ethnic disparities in self-reports for those in jails. Citing a report from the *New York Civil Liberties Union*, Schlanger (*2013*) describes racial disparities in solitary confinement: In June 2011, "black" individuals accounted for approximately 62% of the individuals held at Upstate and Southport correctional facilities, where individuals with the longest SHU sentences are generally incarcerated. In contrast, approximately 49% of the general prison population is "black", which is a crime against humanity.

**Crime against Humanity International Law** states that "A brutal crime that is not an isolated incident but that involves large and systematic actions, often cloaked with official authority, and that shocks the conscience of humankind. Among the specific crimes that fall within this category are mass murder, extermination, enslavement, deportation, and other inhumane acts perpetrated against a population, whether in wartime or not and is in fact Genocide".

During continuance of the alleged "probable cause" hearing August 9, 2021 that was set to be heard by EMILY K. KARSTETTER, a random judge with no knowledge of the case whatsoever whose name is PETER F. DOYLE has suddenly replaced KARSTETTER; an obvious co-conspirator positioned to manipulate the outcome of the case who's been found to have influential family ties with a longstanding history at Massachusetts who are entangled at various levels of local government and politics.

This incident violates International Law as well as the *Treaty of Peace and Friendship between the United States & The Empire of Morocco 1786-87;1836*, the *Constitution for the United States of North America Republic 15 December 1791*, *United Nations Declaration of Human Rights and the Rights of Indigenous People (UNDRIP)*, and the *Organization of American States (O.A.S.) Inter-American Declaration on the Rights of Indigenous Peoples*. The Supremacy Clause of Article VI of the *Constitution for the United States of North America* which specifies federal law is the "*Supreme Law of the land*" where *"Judges in every state are bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding."*







*"The Constitution of these United States is the supreme law of the land. Any law that is repugnant to the Constitution is null and void of law."* **Marbury v. Madison, 5 US 137**

The Constitution, Laws, and Treaties of the federal government in matters which are directly or indirectly within the government's control subject to the Doctrine of Preemption based on the Supremacy Clause, federal law preempts state law, even when the laws conflict. Thus, a federal court may require a state to stop certain behavior it believes interferes with, or is in conflict with, federal law.

*"State statutory provisions must yield to any applicable provisions of any treaty of the United States with a foreign country, constituting a part of the supreme law of the land".* **De Tenorio V McGowan (CA5 Miss) 510 F2d 92, adhered to (CA5 Miss) 513 F2d 294, cert den 423 US 877, 46 L Ed 2d 110, 96 S Ct 150 and later app (CA5 Miss) 589 F2d 911.**

*"The Bill of Rights prevents the tyranny of the majority from taking away the rights of a minority. When a state nibbles on Constitutional rights, who protects the minorities? The federal courts. The Second Amendment protects any law-abiding citizen's right to choose to be armed to defend himself, his family, and his home. At the same time, the Second Amendment protects a citizen's right to keep and bear arms to use should the militia be needed to fight against invaders, terrorists, and tyrants. ...Government is not free to impose its own new policy choices on American citizens where Constitutional rights are concerned. As Heller explains, the Second Amendment takes certain policy choices and removes them beyond the realm of permissible state action."* **Miller-v-Bonta (2021)**

*...in **District of Columbia v. Heller, 554 U. S. 570 (2008)**, this Court held that the Second Amendment protects the right to keep and bear arms for the purpose of self-defense and struck down a District of Columbia law that banned the possession of handguns in the home."* United States Supreme Court **MCDONALD ET AL. v. CITY OF CHICAGO, ILLINOIS, ET AL. (2010) No. 08-1521 Argued: March 2, 2010 Decided: June 28, 2010.**

It has also been stated in ***Shuttlesworth v. Birmingham, 373 US 262,*** that; *"If the state converts a liberty into a privilege, the citizen can engage in the right with impunity."*

*"There can be no sanction or penalty imposed upon one because of the exercise of a constitutional right."* **Sherar v. Cullen, 481 F. 945 (9th Cir. 1973) Spevack v. Klein, 385 U.S. 511 (1967) GARRITY v. NEW JERSEY, 385 U.S. 493 (1967) BOYD v. U S, 116 U.S. 616 (1886) MALLOY v. HOGAN, 378 U.S. 1 (1964)**

I rightfully demand that "case" numbers 2150CR001104 and these alleged "charge(s)" / claim(s) of possession of a firearm, possession of a large capacity firearm, conspiracy to possess and improperly store firearms, conspiracy to commit a felony etc. be dismissed for the mere fact that it is a 2nd Amendment, constitutionally secured right to keep and bear arms per the *Bill of Rights*







of the *Constitution for the United States of America Republic*. According to Black's Law dictionary 4th Edition, an "Arm" is anything that a Man takes in his hands or anything that a man wears for his defense, and an insignia of honor. Furthermore, official's external sources such as the Moorish Consulate and Moorish Committee have documentation and recordings of the illegal and unlawful stop who are willing to testify in open court as to the material facts, circumstantial facts, and evidence amongst all issues of Law brought forth in this and in subsequent filings.

Claims and statements made clearly demonstrate (1) an injury in fact (2) a sufficient connection between the injury and the conduct of the Commonwealth of Massachusetts and (3) a likelihood that the injury will be redressed by a favorable decision, in example; redress and relief with dismissal of all charges and the immediate release of My person and the case sealed as it violates **18 U.S.C. § 926A, 18 USC 1028 (d)(3)**; **United States Justice Department CRM 1508**; **Article VI of the U.S. Constitution and Amendments 1, 2, 4, 5, 6, 8, 9, 10 of the U.S. Const**. **The Treaty of Peace and Friendship between the United States and Morocco 1777-1786-87;1836 Articles 20 & 21, Title 28 U.S.C. 4101, title 18 U.S.C. 241 & 242** (conspiracy against rights, deprivation of rights under color-of-law and Genocide **18 U.S.C. 1091**).

All named defendants (parties) in this said suit are all co-conspirators under title **18 U.S.C. 1091 a. (3) & (4)**, their intent to destroy the Moorish American Nationals by way of depriving the Moors rights under color-of-law title **18 U.S.C. 241 & 242** by assuming jurisdiction **28 U.S.C. 1251**; Defamation of our national origin by way of claims of the Moors being "anti-government", "sovereign citizens", "black identity extremists", etc. via court and media amongst Emily K. Karstetter, guards and other officials; alongside threats and abuses under duress and coercion while forcing attorneys upon us as deeming us unfit to speak for ourselves en propria persona as an attempt to force jurisdiction on our persons is fraud and extortion. Confining us to solitary cells with lice and mold after it's been proven to cause permanent impairment of the mental state and subjecting us to eat dead flesh and other processed foods that cause multiple illnesses and ultimately death are the grounds that claims for relief must be granted.

> The declaration of independence states that "We hold these truths to be SELF EVIDENT, that <u>ALL MEN are created equal and have natural, essential and INALIENABLE rights</u>. Those among these rights are the right to life, liberty and the pursuit of happiness. That to SECURE these rights, governments are instituted among men, DERIVING THEIR POWER FROM THE CONSENT OF THE GOVERNED." - the right to bear arms is an unalienable right, meaning it is ABSOLUTE and cannot be licensed. The right can only be forfeited once one commits an injury to the public and for public safety, after a trial by jury, the person's peers via a guilty verdict may take said right based on the commission of a violent crime. The only other way is via voluntary waiver or the individual is declared mentally incompetent or insane by a qualified doctor. The only other provisions are 'common sense' ordinances regarding no arms in Schools, etc. Thus, one cannot be charged with possession of a weapon without a license as a license is permission, as is a permit, and the people don't need permission from anyone to keep and bear arms, which means public display for lawful purposes, especially not the government to which their sole purpose it to protect pre-existing rights.







To be submitted on the "Public Record" as Exhibit A, whereas:

We, The Moorish Militia, state, proclaim, and declare the following to be true, correct, not misleading and not intended to be presented for any misrepresented, 'colored' or improper use or purpose. Whereas we reserve our right to not have to answer to any colorable charges nor appear to any colorable courts, this Affidavit of Fact, Quo Warranto, Writ of Replevin and Information, et alia. Any bodily presence to any "courts" or tribunals in regard to this matter will be under threat, duress and/or coercion, where jurisdiction will be challenged. This document is to be taken and viewed as a special appearance, as there is no proof that there are any real charges being made against my Person or my estate.

**There has been a direct violation of the Department of State: Consular Notification and Access Manual, which are instructions for Federal State And local law enforcement on how to deal with Foreign Nationals. It also States that Bi-lateral Agreements, Conventions and treaties are binding agreements between the respective nation and the United states. So if there is no treaty violation then there is no crime.**

**Relief Sought:**

**$18,000,000 FRN**

**UNDER PENALTY OF PERJURY**

Under penalty of perjury and persecution from the Moorish Nation, we do declare and state for the record, to the best of our ability, that all claims and statements made in this affidavit are true, factually based and not made for, nor intended to be used for fraud, misrepresentation, misprision nor usurpation. A Free Moorish American Nationals and citizens of the free National Government of Morocco, We are : The Moorish Militia. In honor of our Moabite ancestors to time immemorial, exercising the Divine and Common-Law Right to Jus Postliminii, in accordance with the high principles of Love, Truth, Peace, Freedom and Justice.

# Defendant's

**Medford MA State Police**
**520 Fellsway, Medford, MA 02155**

**MA State Trooper Sergeant Matthew McDevitt**
**Work: 520 Fellsway, Medford, MA 02155**

**MA State Trooper Ryan Casey**
**Home: 485 Maple St, Danvers, MA 01923**
**Work: 520 Fellsway, Medford, MA 02155**

**MA State Trooper Mike Sullivan**
**Work: 520 Fellsway, Medford, MA 02155**

**MA State Trooper Sergeant Burnham**
**Work: 520 Fellsway, Medford, MA 02155**

**MA State Trooper Orlando**
**Work: 520 Fellsway, Medford, MA 02155**

**MA State Trooper Christopher G. Keane**
**Work: 520 Fellsway, Medford, MA 02155**

**Malden District Court Judge: Emily A. Karstetter**
**Home: 33 Clark St, Boston, MA 02109**
**Work: 4040 Mystic Valley Pkwy, Medford, MA 02155**

**Malden District Court Judge: Peter F. Doyle**
**Home: 2901 Turtle Creek Dr, Unit 105, Port Arthur, TX 77642**
**Work: Edward W. Brooke Courthouse, 24 New Chardon St.**
**1st Floor, Boston, MA 02114**

**District Court Judge: James L. LaMothe Jr.**
**Work: Edward W. Brooke Courthouse, 24 New Chardon St.**
**1st Floor, Boston, MA 02114**

**The Commonwealth of Massachusetts: Executive Office of Health and Human Services Department of Public Health**

**CHARLES D. BAKER - Governor**
**KARYN E. POLITO - Lieutenant Governor**
**MARYLOU SUDDERS - Secretary**
**MARGRET R. COOKE - Acting Commissioner**
**250 Washington Street, Boston, MA 02108-4619**

**Middlesex District Attorney: ADA Graham Geoffrey Van Epps**
**Work: 15 Commonwealth Ave, Woburn, MA 01801-5193**
**Registration #: 4494506**

**Middlesex District Attorney: Marian T. Ryan**
**Work: 215 Pleasant St, Malden, MA, 02148**
**Email: Marian.Ryan@massmail.state.ma.us**

**Malden District Court Head Clerk: Debra J. Duffy**
**Home: 6 Greg Rd, Stoneham, MA, 2180-1316**
**Work: 4040 Mystic Valley Pkwy, Medford, MA 02155**

**Malden District Court Clerk: Paula Baez**
**Work: 4040 Mystic Valley Pkwy, Medford, MA 02155**

**Malden District Court Clerk: Charles Mongo**
**Work: 4040 Mystic Valley Pkwy, Medford, MA 02155**

**Malden District Court, First Assistant Clerk Magistrate: Erica Columbo**
**Work: 4040 Mystic Valley Pkwy, Medford, MA 02155**

**WarnerMedia (AT&T NEWS MEDIA)**
**30 Hudson Yards New York, NY 10001**

**VIACOM NEWS MEDIA**
**President/CEO: Robert M. Bakish**
**1515 Broadway, 53rd Floor NY, NY 10036 USA**

**NEWS CORPORATION NEWS MEDIA**
**Owner: Rupert Murdoch**
**Executive Chairman: Robert Thomson**
**1211 Ave of the Americas, NY, NY 10036**

**COMCAST NBCUNIVERSAL NEWS MEDIA**

**CEO as of 2020: Jeff Shell**
**30 Rockefeller Plaza, NY, NY 10112**
***Bonnie Hammer is behind all the media**

| Plaintiffs: | Court: | Case Number: | Illegally detained at: |
|---|---|---|---|
| Jamhal Talib Abdullah Bey Misidentified as "JAMHAL LATIMER" | Malden District Court | CR001099 | Middlesex House of Correction and Jail |
| Tariff Sharif Bey Misidentified as "AARON JOHNSON' | Malden District Court | CR001101 | Middleton, Essex County Correctional Facility |
| Lucha El Por Libertad Misidentified as "STEVEN PEREZ" | Malden District Court | CR001096 | Middleton, Essex County Correctional Facility |
| Jamil Rasul Bey Misidentified as "LAMAR DOW" | Malden District Court | CR001102 | Middlesex House of Correction and Jail |
| Aban El Curragh | Malden District Court | CR001104 | Middleton, Essex County Correctional Facility |
| Conald Soliman Quiesqueyano Bey Misidentified as "CONALD PIERRE" | Malden District Court | CR001103 | Middlesex House of Correction and Jail |

Defendants:

Medford Massachusetts State Police

Massachusetts State Trooper Sergeant Matthew McDevitt

Massachusetts State Trooper Ryan Casey

Massachusetts State Trooper Mike Sullivan

Massachusetts State Trooper Sergeant Burnham

Massachusetts State Trooper Orlando

Malden District Court; Judge Emily A. Karstetter

A.D.A. Marian T. Ryan

A.D.A. Graham Geoffrey Van Epps

Magistrate Peter F. Doyle

Malden District Court Clerks

Essex County Sheriff's Department; Superintendent Aaron Eastman, Sheriff Kevin F.Coppinger, Lieutenant Sousa, Deputy Earl,

Essex County House of Corrections Katy Chapplin

THE COMMONWEALTH OF MASSACHUSETTS

WarnerMedia (AT&T NEWS MEDIA)

COMCAST NBCUNIVERSAL NEWS MEDIA

VIACOM NEWS MEDIA

NEWS CORPORATION NEWS MEDIA

CBS NEWS MEDIA